March 1, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-11-00565-CR                                    V.

OLIVER COURTNEY VAN HOESEN, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceedings in accordance with its opinion, and orders this decision certified below for observance.